No. 91–794.  HARPER ET AL. v. VIRGINIA DEPARTMENT OF TAXATION.  Sup. Ct. Va.  Motion of petitioners to expedite consideration of petition for writ of certiorari denied.

No. 91–5244.  MARTIN v. MRVOS.  C. A. 3d Cir.;
No. 91–5246.  MARTIN v. SMITH ET AL.  C. A. 3d Cir.;
No. 91–5307.  MARTIN v. DELAWARE LAW SCHOOL OF WIDENER UNIVERSITY, INC., ET AL.  C. A. 3d Cir.;
No. 91–5331.  MARTIN v. WALMER ET AL.  C. A. 3d Cir.;
No. 91–5332.  MARTIN v. TOWNSEND ET AL.  C. A. 3d Cir.;
No. 91–5401.  MARTIN v. SUPREME COURT OF NEW JERSEY.  Sup. Ct. N. J.;
No. 91–5476.  MARTIN v. BAR OF THE DISTRICT OF COLUMBIA COURT OF APPEALS.  Ct. App. D. C.; and
No. 91–5583.  MARTIN v. HUYETT.  C. A. 3d Cir.  Motions of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 16] denied.

No. 91–5771.  WADE v. UNITED STATES.  C. A. 4th Cir.  [Certiorari granted, *ante,* p. 1003.]  Motion for appointment of counsel granted, and it is ordered that J. Matthew Martin, Esq., of Hillsborough, N. C., be appointed to serve as counsel for petitioner in this case.

No. 91–6341.  CROMARTIE v. DEPARTMENT OF THE AIR FORCE.  C. A. Fed. Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until February 3, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 91–6537.  IN RE KALTENBACH; and
No. 91–6635.  IN RE SPEARMAN.  Petitions for writs of habeas corpus denied.

No. 91–5586.  IN RE SEAGRAVE.  Motion of petitioner to strike brief of respondent denied.  Petition for writ of habeas corpus denied.

No. 91–898.  IN RE WELT;
No. 91–6224.  IN RE WILLIAMS;
No. 91–6268.  IN RE ANDERSON;
No. 91–6288.  IN RE SEATON;
No. 91–6293.  IN RE MITCHELL;